HARRY R. ELLIOTT et al., Respondents, *v.* THE NEW YORK
ENDOWMENT COMPANY, Appellant.

Reported below, 73 Hun, 519.
(Argued January 30, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 1, 1893, which affirmed a judgment in favor
of plaintiffs entered upon a verdict directed by the court.

*John L. Linson* for appellant.

*John Andrews* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

JOHN F. PEPPARD, Respondent, *v.* THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, Appellant.

Reported below, 6 Misc. Rep. 599.
(Submitted January 30, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the
Superior Court of the city of New York, entered upon an
order made December 29, 1893, which affirmed a judgment
in favor of plaintiff, entered upon a verdict, and also an
order denying a motion for a new trial.

*Hamilton Odell* for appellant.

*Robert Sewell* and *J. Aspinwall Hodge, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLETT, J., not voting.